# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JEREMY DEVAR LUCKETT,

    Plaintiff,

v.                                           CASE NO. 3:21cv672-MCR-HTC

OFFICER M. MARTIN,
OFFICER K. BODLEY,
ESCAMBIA COUNTY JAIL,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 9, 2021, ECF No. 6, which recommends this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with a Court order. The parties were given time to file objections to the Report and Recommendation.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with a Court order.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of July 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**